**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

**REHEARING ACTION: January 10, 2018**

**Docket Number: 17   00117-CA**

**JERRY SUIRE AND ANTONIA G. SUIRE, ETC.**
**VERSUS**
**OLEUM OPERATING COMPANY, ET AL.**

**Appealed from Calcasieu Parish Case No. 2007-697**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Ulysses Gene Thibodeaux**
   **Hon. Phyllis M. Keaty**
   **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application for

rehearing filed by **Sweet Lake Land & Oil Company, LLC**   <u>AND</u> the application for

rehearing filed by **OLEUM Operating Company, L.C. and AKSM, LC** have this day been

   **DENIED.**

cc: Jonathan Robert Cook, Counsel for the Appellant
    Guy Earl Wall, Counsel for the Appellant
    Chadwick William Collings, Counsel for the Appellant
    Joseph Patrick Hebert, Counsel for the Appellant
    Brian W. Capell, Counsel for the Appellant
    Jere Jay Bice, Counsel for the Appellant
    Edward D. Hughes, Counsel for Intervenor